FILED

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### (Alexandria Division)

2011 DEC 27  A 11: 13

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | |
|---|---|
| CATHERINE MOORE, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 1:11 cv 1393 |
| COSI, INC., ) | GBL/TCB |
| Defendant. ) | |

## NOTICE OF REMOVAL

Defendant Cosi, Inc. ("Cosi"), by counsel and pursuant to 28 U.S.C. § 1441 *et seq.*, hereby removes this action from the Circuit Court for Arlington County, Virginia to this Court. As grounds for this removal, Cosi states as follows:

This action was commenced on November 4, 2011, by the filing of the attached Complaint in the Circuit Court for Arlington County, Virginia, and is now pending in that court as Civil Action Number 11-2513. A summons and a copy of the Complaint were served on Cosi's registered agent on December 6, 2011. There have been no other proceedings in the Arlington County Circuit Court.

Removal of this matter is proper under 28 U.S.C. § 1441(b) and (c) because this Court has original jurisdiction over some of the claims asserted therein. The Complaint asserts that the Circuit Court for Arlington County, Virginia has subject matter jurisdiction over the claims asserted therein pursuant to 28 U.S.C. §§ 1338 and 1332 and 42 U.S.C. § 2000e-5(f)(3). *See* Compl. ¶ 9. The Complaint also alleges that venue is proper in Circuit Court for Arlington County, Virginia pursuant to 42 U.S.C. § 2000e-5(f)(3) and 28 U.S.C. § 1391(b). *Id.* ¶ 13. Additionally, many of the individual counts of the Complaint allege claims arising under federal

TCO 359,438,698v1 12-23-11

law. Counts I, II, and III purport to assert a claim for violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5 *et seq.* This Court thus has original federal question jurisdiction over those counts pursuant to 28 U.S.C. § 1331.

Furthermore, the factual allegations of all counts arise out of the same transaction and under the same agreements, and thus are so intertwined with the allegations underlying the federal claims as to form part of the same case or controversy. This Court therefore properly has supplemental jurisdiction over all other counts of the Complaint.

This notice is being filed with this Court within 30 days (in fact, within 21 days) after the first service on a defendant of the summons and Complaint. Pursuant to 28 U.S.C. § 1446(a), copies of the Summons and Complaint served on Cosi are attached hereto as **Exhibit A**. Copies of this notice of removal are being served on counsel for Plaintiff and are being filed with the clerk of the Circuit Court for Arlington County, Virginia.

Dated: December 27, 2011        Respectfully submitted,

*[signature]*

John F. Scalia, Va. Bar No. 46444
Virginia E. Robinson, Va. Bar No. 71411
*Attorneys for Defendant Cosi, Inc.*
Greenberg Traurig, LLP
1750 Tysons Blvd., Suite 1200
McLean, Virginia 22102
Telephone: (703) 749-1300
Facsimile: (703) 749-1301
scaliaj@gtlaw.com
robinsonv@gtlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2011, I will deliver a copy of the forgoing Notice of Removal by first class mail, postage prepaid, to the following:

S. Sarah Shah
3 Washington Circle NW
Suite 102
Washington, DC  20037
*Counsel for Plaintiff*

                                                /s/ *[signature]*
                                        Virginia B. Robinson
                                        Virginia Bar No. 71411
                                        *Attorney for Defendant Cosi, Inc.*
                                        GREENBERG TRAURIG, LLP
                                        1750 Tysons Blvd., Suite 1200
                                        McLean, Virginia  22102
                                        Telephone:  (703) 749-1385
                                        Facsimile:  (703) 714-8382
                                        robinsonv@gtlaw.com