```
Court Name: United States District Court
Division: 1
Receipt Number: 14683026154
Cashier ID: sbrown
Transaction Date: 12/27/2011
Payer Name: GREENBERG TRAURIG
--------------------------------------
CIVIL FILING FEE
 For: GREENBERG TRAURIG
 Amount:        $350.00
--------------------------------------
CHECK
 Remitter: GREENBERG TRAURIG
 Check/Money Order Num: 14523
 Amt Tendered: $350.00
--------------------------------------
Total Due:        $350.00
Total Tendered: $350.00
Change Amt:       $0.00

FILING FEE
11CV1393
```