# GT GreenbergTraurig

Virginia E. Robinson
Tel: 703.749.1385
Fax: 703.749.1301
robinsonv@gtlaw.com

December 27, 2011

**VIA HAND DELIVERY**

Clerk's Office
U.S. District Court for the Eastern District of Virginia
Alexandria Division
Albert V. Bryan Courthouse
401 Courthouse Square
Alexandria, VA 22314

    Re:    Removal of *Catherine Moore v. Cosi, Inc.*, Case No. 11-2513 in the Circuit Court for Arlington County

Dear Clerk:

    We wish to remove the above-referenced matter to this Court. Accordingly, we enclose for filing the following documents:

    (1)    A Civil Cover Sheet;

    (2)    A Notice of Removal and Exhibit A thereto; and

    (3)    A Financial Interest Disclosure Statement.

    **Please note that this case is related to the matter of *Hassan Torabipour et al. v. Cosi, Inc.*, Case No. 11-2512 in the Circuit Court for Arlington County, removed contemporaneously herewith.**

    Please return a date stamped copy of the filings with the courier.

    Very truly yours,

    Virginia E. Robinson

Enclosures

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
1750 Tysons Boulevard ■ Suite 1200 ■ McLean, VA 22102 ■ Tel 703.749.1300 ■ Fax 703.749.1301

TCO 359,449,510v1 12-23-11